**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION**

Lisa Boyer,                                                                 Case No. 3:14CV1557

        Plaintiff

    v.                                                                            **ORDER**

Commissioner of Social Security,

        Defendant

    This is a Social Security case in which the plaintiff, Lisa Boyer, appeals from the Commissioner's denial of her application for benefits.

    An administrative law judge found that, while plaintiff suffers from a number of severe impairments – among them rheumatoid arthritis, dysfunction of a major joint, and anxiety and personality disorders – she nevertheless has the residual functional capacity to perform sedentary work. 20 C.F.R. § 404.1567(a) & 416.967(a).

    Magistrate Judge McHargh has prepared a Report and Recommendation suggesting I affirm the Commissioner's decision. The Magistrate found substantial evidence supporting the ALJ's finding that Boyer can, occasionally and frequently, lift and carry up to ten pounds, and that there were no limitations on Boyer's ability to handle and finger.

    Boyer has not objected to the R&R, which, in any event, I find to be thorough, persuasive, and correct.

It is, therefore

ORDERED THAT

1. The Magistrate's R&R (Doc. 16) be, and the same hereby is, adopted as the order of this Court; and

2. The Commissioner's decision denying plaintiff's application for benefits be, and the same hereby is, affirmed.

So ordered.

/s/ James G. Carr
Sr. U.S. District Judge